IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

DAVID VIVENZIO,

                      Plaintiff,

                                          Civil Action No. 5:05-CV-531

  vs.

CITY OF SYRACUSE,

                      Defendant.

_____

APPEARANCES:                      OF COUNSEL:

FOR PLAINTIFF:

AMDURSKY, PELKY LAW FIRM      TIMOTHY J. FENNELL, ESQ.
26 East Oneida Street
Oswego, NY 13126

FOR DEFENDANT:

CITY OF SYRACUSE                CATHERINE CARNRIKE, ESQ.
CORPORATION COUNSEL
233 East Washington Street
Room 301 City Hall
Syracuse, NY 13202

HANCOCK, ESTABROOK LAW FIRM    JOHN POWERS, ESQ.
1500 AXA Tower I
100 Madison Street
Syracuse, NY 13221

DAVID N. HURD
U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION
## <u>BASED UPON SETTLEMENT</u>

The parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1)    This action is dismissed, with prejudice, except as set forth below.

2)    The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3)    The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated: July 3, 2012
        Utica, New York

                                     United States District Judge